**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   NA Land Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   8 6 – 1 4 5 0 8 6 8

4. **Debtor's address**

   **Principal place of business**

   21480 Applewhite Rd
   Number       Street

   _____

   San Antonio     TX    78264
   City           State  ZIP Code

   Bexar
   County

   **Mailing address, if different from principal place of business**

   _____
   Number       Street

   _____
   P.O. Box

   _____
   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number       Street

   _____

   _____
   City           State  ZIP Code

5. **Debtor's website** (URL)   _____

Debtor __NA Land Investments LLC__ Case number (*if known*)_____
   Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   1 4 4 2

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:

       ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor    NA Land Investments LLC                   Case number *(if known)* _____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
                            MM / DD / YYYY
        District _____ When _____ Case number _____
                            MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                                       MM / DD / YYYY
         Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                            Number      Street
                          _____
                          _____    _____
                          City                 State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor __NA Land Investments LLC__  
      Name

Case number (If known)_____

---

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06 / 11 / 2023  
            MM / DD / YYYY

X _/s/_                            Anirban Haldar  
Signature of authorized representative of debtor    Printed name

Title __Member__

Debtor __NA Land Investments LLC_____  Case number (if known)_____
      Name

18. **Signature of attorney**  ✗ _/s/ Brandon Tittle_____  Date  06 / 11 / 2023
                            Signature of attorney for debtor                                MM  / DD  / YYYY

             Brandon J. Tittle
             Printed name

             Glast, Phillips & Murray, P.C.
             Firm name

             14801 Quorum Dr., Ste. 500
             Number      Street

             Dallas                               Texas      75254
             City                                   State      ZIP Code

             972-419-7186                 btittle@gpm-law.com
             Contact phone                        Email address

             24090436                            Texas
             Bar number                                  State

**United States Bankruptcy Court**

**IN RE:** Case No._____

NA Land Investments LLC

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Murray J. Moran<br>11138 Huebner Oaks #517, San Antonio, TX 78230 | 33.33 | Member |
| Anirban Haldar<br>P.O. Box 367, Somerset, TX 78069 | 33.33 | Member |
| Ignacio Martinez<br>c/o Drought, Drought & Bobbitt LLP<br>Attn: Sean Caporaletti<br>2632 Broadway, Suite 401-S<br>San Antonio, Texas 78215 | 33.33 | Nonvoting Member |



# WRITTEN CONSENT & RESOLUTIONS
of the Majority of the
## MEMBERS
of
## NA LAND INVESTMENTS, LLC
June 11, 2023

The undersigned, constituting a majority of the member interests (the "Members") of NA Land Investments, LLC (the "Company"), hereby consent in writing ("Consent") to and approve the Resolutions set forth herein and each and every action effected thereby.

This Consent may be executed in counterparts, each of which shall be deemed an original, and all of which, taken together shall constitute one instrument. A copy of this Consent signed and delivered by telecopy, email, facsimile transmission shall be considered an original.

## VOLUNTARY PETITION FOR RELIEF UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE

WHEREAS, the Members have considered the Company's assets, liabilities, liquidity, the strategic alternatives available to the Company, offers to sell the Company or its Assets, and the impact of the forgoing on the Company's business; and

WHEREAS, the Members upon the advice of professionals have determined that it is advisable and in the best interests of the Company, its creditors, and other interested parties that the Company file a petition in the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court") under the provisions of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in such form and at such time as the officers of the Company executing said petition shall determine (the "Bankruptcy Case").

NOW, THEREFORE, BE IT RESOLVED, that the Members are authorized, and empowered, on behalf of and in the name of the Company, to file the Bankruptcy Case;

RESOLVED FURTHER, that the Members are authorized, and empowered, on behalf of and in the name of the Company to employ and retain the law firm of Glast, Phillips & Murray, P.C. ("GPM") as bankruptcy counsel for the Company in the Bankruptcy Case, to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, is authorized and directed to execute an appropriate retention agreement, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of GPM. To the extent that the appropriate retention agreement has been executed and retainers paid, the Members hereby retroactively approves same;

RESOLVED FURTHER, that the Members are authorized, and empowered, on behalf of and in the name of the Company to employ and retain the accounting firm of Lane Gorman Trubitt, LLC ("LGT") as financial advisor or chief restructuring officer for the Company in the Bankruptcy Case, to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, is authorized and directed to execute an appropriate retention agreement, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of LGT. To the extent that the appropriate retention agreement has been executed and retainers paid, the Members hereby retroactively approves same;

RESOLVED FURTHER, that the Members are authorized, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with GPM and LGT, collectively the "Professionals") as may be deemed necessary or appropriate by the officer(s) of the Company for the Bankruptcy Case and, in connection therewith, is authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain services of such Professionals;

RESOLVED FURTHER, that the Members are authorized, and empowered, on behalf of and in the name of the Company, to obtain debtor-in-possession financing to pay for operational expenses of the Company, including all fees incurred by Professionals in the Bankruptcy Case;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the Member or any Professional to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

RESOLVED FURTHER that the Members are authorized, and empowered, with full power of delegations, for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to, discussed in or related to the matter referred to in the foregoing resolutions; and

RESOLVED FURTHER that any and all actions of the Members taken prior to the date hereof to (a) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (b) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

**GENERAL IMPLEMENTING AUTHORITY**

RESOLVED that the Members are authorized, and empowered, with power of full delegation, on behalf of and in the name of the Company (a) to operate the business of and conduct

business for and on behalf of the Company during the course of the Bankruptcy Case and (b) to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on the Company's behalf as provided herein) all necessary documents, including, without limitation, all petitions, applications to employ and retain· all assistance by legal counsel, accountants, or other Professionals and to ·take any and all action that they deem necessary and proper in connection with the Bankruptcy Case; and

RESOLVED FURTHER that the Members are authorized, and empowered, for and in the name and on behalf of the Company to take or cause to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses, as in his judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned, being a majority of the membership interests of the Company have executed their consent as of June 11, 2023.


_____
Murray Moran, Member
NA Land Investments, LLC


_____
Anirban Haldar, Member
NA Land Investments, LLC

# NA Land Investments

## Statement of Cash Flows
### January 1 - June 10, 2023

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 169,157.43 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | -129,363.14 |
| Short Term Loan - PTS | -13,462.51 |
| Accounts Payable (A/P) | -306,192.19 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | -449,017.84 |
| **Net cash provided by operating activities** | **$ -279,860.41** |
| **FINANCING ACTIVITIES** | |
| N/P - Amarillo National Bank - xx3911 | 1,892,921.99 |
| N/P - Applewhite Farms (deleted) | -1,609,859.75 |
| N/P - IM Investments | -23,000.00 |
| **Net cash provided by financing activities** | **$260,062.24** |
| **NET CASH INCREASE FOR PERIOD** | **$ -19,798.17** |
| Cash at beginning of period | 19,798.17 |
| **CASH AT END OF PERIOD** | **$0.00** |

# NA Land Investments

## A/R Aging Summary
As of June 10, 2023

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Proppant Tech Services LLC | 4,691.04 | 47,716.83 | 62,791.88 |  | 92,678.63 | $207,878.38 |
| **TOTAL** | **$4,691.04** | **$47,716.83** | **$62,791.88** | **$0.00** | **$92,678.63** | **$207,878.38** |

# NA Land Investments

## Profit and Loss

January 1 - June 10, 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|   Royalties | 293,628.93 |
| **Total Income** | **$293,628.93** |
| **GROSS PROFIT** | **$293,628.93** |
| **Expenses** | |
|   Bank Charges & Fees | 50,294.74 |
|   Taxes & Licenses | 27,278.49 |
| **Total Expenses** | **$77,573.23** |
| **NET OPERATING INCOME** | **$216,055.70** |
| **Other Income** | |
|   Interest Earned | 67.91 |
| **Total Other Income** | **$67.91** |
| **Other Expenses** | |
|   Interest Paid | 46,966.18 |
| **Total Other Expenses** | **$46,966.18** |
| **NET OTHER INCOME** | **$ -46,898.27** |
| **NET INCOME** | **$169,157.43** |

# NA Land Investments

## Balance Sheet
As of June 10, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     ANB Master X2342 | 0.00 |
|   **Total Bank Accounts** | **$0.00** |
|   Accounts Receivable | |
|     Accounts Receivable (A/R) | 207,878.38 |
|   **Total Accounts Receivable** | **$207,878.38** |
|   Other Current Assets | |
|     Short Term Loan - PTS | 13,462.51 |
|   **Total Other Current Assets** | **$13,462.51** |
|   **Total Current Assets** | **$221,340.89** |
|   Fixed Assets | |
|     Applewhite Property | 1,790,000.00 |
|   **Total Fixed Assets** | **$1,790,000.00** |
| **TOTAL ASSETS** | **$2,011,340.89** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|   Accounts Payable | |
|     Accounts Payable (A/P) | 0.00 |
|   **Total Accounts Payable** | **$0.00** |
|   **Total Current Liabilities** | **$0.00** |
|   Long-Term Liabilities | |
|     N/P - Amarillo National Bank - xx3911 | 1,892,921.99 |
|     N/P - IM Investments | 0.00 |
|   **Total Long-Term Liabilities** | **$1,892,921.99** |
|   **Total Liabilities** | **$1,892,921.99** |
|   Equity | |
|     Retained Earnings | -50,738.53 |
|     Net Income | 169,157.43 |
|   **Total Equity** | **$118,418.90** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,011,340.89** |